# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-3124

———————

Louise N. Gordon,                  *
                                    *

        Appellant,        *
                                      *   Appeal from the United States

   v.                     *   District Court for the
                                      *   District of Minnesota.

Edward L. Winer; Susan C.     *
Rhode; Moss & Barnett, a      *      [UNPUBLISHED]
Professional Association,     *
                                      *

        Appellees.       *

———————

Submitted:  March 10, 1997

Filed:  April 4, 1997

———————

Before MAGILL, JOHN R. GIBSON, and MURPHY, Circuit Judges.

———————

PER CURIAM.

     Louise N. Gordon appeals the district court's[1] grant of summary judgment for the defendants in this diversity action for attorney malpractice and related claims.  The district court held that Gordon is collaterally estopped from relitigating issues previously decided in a Minnesota state court proceeding awarding an attorneys' lien against her. Having reviewed the record and the parties' briefs, we conclude that the district court did not err in

———————

[1]The Honorable Donald A. Alsop, United States District Judge for the District of Minnesota.

its grant of summary judgment.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.